# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **10-751** |
| | : | |
| **RODNEY WESLEY FRIERSON and** | : | |
| **ANGEL LEDUANN ANDERSON** | : | |
| | : | |

## ORDER

**AND NOW**, this 28th day of February, 2012, upon consideration of the Government's "Motion in Limine to Admit Evidence Under Rule 404(b)" (Doc. No. 88), Defendant Rodney Frierson's response thereto, and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Government's motion to admit Frierson's drug conviction is **DENIED**. The Government's motion to admit Frierson's firearm conviction will be held under advisement and will be considered, if necessary, after the trial record has been developed.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**Mitchell. S. Goldberg, J.**